UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TAIRA JAQUELINE RODRIGUEZ GOMEZ,

        Plaintiffs,

vs.

TRANSFORM SR, LLC

CASE NO.:

        Defendant.

_____/

**DEFENDANT, TRANSFORM SR, LLC'S**
**NOTICE OF REMOVAL**

Defendant, TRANSFORM SR, LLC ("Transform"), pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, removes this action from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida. As grounds for this removal, Transform states:

**I.    The Lawsuit**

1. On or about March 10, 2021, Plaintiff commenced this action by filing a Complaint in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, captioned *Taira Jaqueline Rodriguez Gomez v. Sears, Roebuck and Co.*, Case No. 2021-005705-CA-01. *See* Docket Sheet, attached as **Exhibit A.**

2. Thereafter, Plaintiff filed an Amended Complaint against this Defendant, Transform. *See id.*

3. Plaintiff's claims arise from an alleged slip and fall incident which occurred on September 3, 2019 as a result of a dangerous condition. *See Plaintiff's Amended Complaint*, **Exhibit B**, at ¶ 8.

4. The Amended Complaint attempts to state a cause of action against Transform for Negligence/Premises Liability (Count I). *Id.*, at ¶¶ 10-15.

5. As set forth below, 28 U.S.C. § 1441 permits removal to this Court because the Court has original jurisdiction under 28 U.S.C. § 1332, based on diversity of citizenship and an amount-in-controversy exceeding $75,000, exclusive of interest and costs.

## II. Complete Diversity of Citizenship Exists Between the Parties

6. The Amended Complaint sets forth that "at all times material to th[e] Complaint" Plaintiff was a resident of Miami-Dade, Florida. *See* Ex. B, at ¶ 2. Therefore, pursuant to the allegations set forth in Plaintiff's Amended Complaint, Plaintiff is a resident of the State of Florida.

7. At all times material to the instant lawsuit, Transform was incorporated in the State of Delaware with its principal place of business at 3333 Beverly Road, Hoffman Estates, IL 60179. Transform, therefore, is a corporation existing under the laws of the States of Delaware and Illinois and is a "citizen" of only those two states. *See also Amended Complaint*, at ¶ 3.

8. Transform believes and alleges that Plaintiff is not a citizen of the States of Delaware and Illinois.

9. Thus, there exists complete diversity of citizenship between the current parties pursuant to 28 U.S.C. Section 1332(a)(1).

## III. The Amount In Controversy Exceeds $75,000

10. Plaintiff's Amended Complaint provides that the damages are in excess of "$30,001.00." Where a complaint does not plead a specific amount of damages, the removing defendant must establish the amount in controversy by a preponderance of the evidence. *Williams v. Best Buy Co.*, 269 F.3d 1316, 1319 (11th Cir. 2001). In such an instance, "removal from state

court is proper if it is facially apparent from the complaint that the amount in controversy exceeds the jurisdictional requirement." *Id*. at 1319.

11. While Plaintiff does not specify the amount of damages she seeks in the Amended Complaint, Plaintiff's Responses to Defendant Transform's Request for Admissions contains several admissions that the Plaintiff seeks damages in excess of $75,000. *See Response to Request for Admissions*, attached as **Exhibit "C."**

12. Thus, there is no doubt that Plaintiff herself contends her claims exceed $75,000.

13. Based on Plaintiff's own admissions, Transform has established that Plaintiff's claims exceed the amount-in-controversy threshold of $75,000 for removal.

### IV.     Transform Has Complied With The Procedural Requirements For Removal

14. Transform attaches as **Exhibit D**, all process, pleadings, and orders served on it in this action. 28 U.S.C. § 1446(a). Additionally, Exhibit C constitutes a record of all those papers on file with the Clerk of the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida. Transform has no knowledge of any other pleadings, orders or papers served in this action other than Exhibits attached hereto.

15. Venue properly rests in the United States District Court for the Southern District of Florida, pursuant to 28 U.S.C. Section 1441(a) and Local Rule 3.1, since this action is being removed from the state court wherein it was originally filed in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

16. Transform will file with the Clerk of the Court for the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, a Notice of Filing Notice of Removal pursuant to 28 U.S.C. Section 1446(d), and will give written notice thereof to all adverse parties. A copy of this Notice is attached as **Exhibit E**.

17. Pursuant to 28 U.S.C. Section 1446(b), this Notice of Removal has been timely filed and without waiver by Transform. This Notice of Removal is filed within thirty (30) days after the Plaintiff's admissions were filed and served on Transform on August 3, 2021.

WHEREFORE, Defendant, TRANSFORM SR LLC, removes this action to the United States District Court for the Southern District of Florida.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing was served by electronic filing with the Clerk of Court using CM/ECF on counsel or parties of record on the service list below on this 2nd day of September, 2021.

Natalie Martinez
Pacin Levine, P.A.
1150 NW 72nd Ave., Suite 600
Miami, FL 33126
Tel: (305) 760-9085
bipleadings@pl-law.com
**(Attorney for Plaintiff)**

*s/ Phoenix M. Barker*
H. JACEY KAPS, CIPP/US,PCIP
Florida Bar No.:  0056677
jkaps@rumberger.com
jkapssecy@rumberger.com
docketingmiami@rumberger.com
PHOENIX M. BARKER
Florida Bar No.: 1024657
pbarker@rumberger.com
pbarkersecy@rumberger.com
docketingmiami@rumberger.com
RUMBERGER KIRK, CALDWELL, P.A.
Brickell City Tower, Suite 3000
80 Southwest 8th Street
Miami, FL 33130-3037
Tel: 305.358.5577
Fax: 305.371.7580
**(Attorneys for Defendant)**

15600854.v1

JS 44 (Rev. 10/20) FLSD Revised 02/12/2021

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)* **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

## I. (a) PLAINTIFFS
TAIRA JAQUELINE RODRIGUEZ GOMEZ,

### DEFENDANTS
TRANSFORM SR LLC, a foreign profit corpora

**(b)** County of Residence of First Listed Plaintiff: Miami-Dade County, Florida
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Cook County, Illinois
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
See Attachment.

Attorneys *(If Known)*
See Attachment.

**(d)** Check County Where Action Arose: ☑ MIAMI-DADE ☐ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE ☐ HIGHLANDS

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff)* *(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☑ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☑ 360 Other Personal Injury
- ☐ 362 Personal Injury - Med. Malpractice

**PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS — Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence

**Other:**
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee – Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent – Abbreviated New Drug Application
- ☐ 840 Trademark
- ☐ 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729 (a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit (15 USC 1681 or 1692)
- ☐ 485 Telephone Consumer Protection Act (TCPA)
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☐ 1 Original Proceeding
- ☑ 2 Removed from State Court
- ☐ 3 Re-filed *(See VI below)*
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district *(specify)*
- ☐ 6 Multidistrict Litigation Transfer
- ☐ 7 Appeal to District Judge from Magistrate Judgment
- ☐ 8 Multidistrict Litigation – Direct File
- ☐ 9 Remanded from Appellate Court

## VI. RELATED/RE-FILED CASE(S)
*(See instructions):* a) Re-filed Case ☐ YES ☑ NO   b) Related Cases ☐ YES ☐ NO
JUDGE:    DOCKET NUMBER:

## VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause *(Do not cite jurisdictional statutes unless diversity)*:

LENGTH OF TRIAL via five (5) days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☑ Yes ☐ No

**ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE**

DATE: 9/2/21
SIGNATURE OF ATTORNEY OF RECORD: s/ Phoenix M. Barker, Esq.

**FOR OFFICE USE ONLY:** RECEIPT #   AMOUNT   IFP   JUDGE   MAG JUDGE

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I. (a) **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. **Jurisdiction**. The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked. Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

III. **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. **Nature of Suit**. Nature of Suit. Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

V. **Origin**. Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Refiled (3) Attach copy of Order for Dismissal of Previous case. Also complete VI.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.
Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.
Remanded from Appellate Court. (8) Check this box if remanded from Appellate Court.

VI. **Related/Refiled Cases**. This section of the JS 44 is used to reference related pending cases or re-filed cases. Insert the docket numbers and the corresponding judges name for such cases.

VII. **Cause of Action**. Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity**. Example: U.S. Civil Statute: 47 USC 553
Brief Description: Unauthorized reception of cable service

VIII. **Requested in Complaint**. Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**Date and Attorney Signature**. Date and sign the civil cover sheet.

**ATTACHMENT:**

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANT: |
|---|---|
| Natalie Martinez<br>Pacin Levine, P.A.<br>1150 NW 72nd Ave., Suite 600<br>Miami, FL 33126<br>Tel: (305) 760-9085<br>bipleadings@pl-law.com | H. JACEY KAPS, ESQ.<br>Florida Bar No.: 0056677<br>PHOENIX M. BARKER<br>Florida Bar No.: 1024657<br>RUMBERGER KIRK, CALDWELL, P.A.<br>Brickell City Tower, Suite 3000<br>80 Southwest 8th Street<br>Miami, FL 33130-3037<br>Tel: 305.358.5577<br>Fax: 305.371.7580 |