| | |
|---|---|
| TAIRA JAQUELINE RODRIGUEZ GOMEZ | IN THE 11TH JUDICIAL CIRCUIT COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA |
| PLAINTIFF, | |
| V. | CASE NO. 2021-005705-CA-01 |
| TRANSFORM SR LLC | FLORIDA BAR NO. 120275 |
| DEFENDANT. _____/ | |

## COMPLAINT FOR DAMAGES

**COMES NOW**, the Plaintiff, TAIRA JAQUELINE RODRIGUEZ GOMEZ, by and through the undersigned counsel, and hereby sues Defendant, TRANSFORM SR LLC, for damages and alleges as follows:

1. This is an action for damages that exceed the jurisdictional amount of Thirty Thousand and One Dollars ($30,001.00), exclusive of interest, costs and attorney's fees, thereby invoking the subject matter jurisdiction of this Court.

2. At all times material to this Complaint, Plaintiff, TAIRA JAQUELINE RODRIGUEZ GOMEZ, was a resident of Miami- Dade, Florida.

3. At all times material to this Complaint, Defendant, TRANSFORM SR LLC, was a foreign profit corporation authorized to do and was doing business in the State of Florida, more specifically in Miami-Dade County.

4. Venue is proper in Miami-Dade County, Florida as the incident giving rise to this complaint occurred in Miami-Dade County, Florida.

## GENERAL ALLEGATIONS

5. At all times material hereto, Defendant, TRANSFORM SR LLC, owned, operated, controlled, managed, maintained and/or was legally responsible for the subject premises located at or near 20701 SW 112th Ave Miami Florida 33189.

6. Defendant, TRANSFORM SR LLC, was responsible for maintaining the premises in a clean and safe condition for patrons

7. At all times material hereto, Plaintiff, TAIRA JAQUELINE RODRIGUEZ GOMEZ, was a lawful business invitee of the subject premises.

8. On September 3, 2019, Plaintiff, TAIRA JAQUELINE RODRIGUEZ GOMEZ, while walking within the subject premises, slipped and fell on a dangerous condition, to wit: debris left on the floor of the store where patrons walk, resulting in severe and permanent injuries and substantial medical expenses.

9. The dangerous condition existed for a sufficient length of time so that Defendant knew and/or should have known of it.

## COUNT I
## (NEGLIGENCE/PREMISES LIABILITY AGAINST DEFENDANT, TRANSFORM SR LLC)

10. Plaintiff adopts and re-alleges the allegations contained in paragraphs one (1) through nine (9) of the Complaint as if fully incorporated herein and further states:

11. Defendant, TRANSFORM SR LLC, by and through its employees, servants, agents and/or representatives acting within the course and scope of their employment, owed a duty to maintain its premises in a reasonably safe condition so as to prevent injury to members of the public, including and in particular, Plaintiff, TAIRA JAQUELINE RODRIGUEZ GOMEZ.

12. Defendant, TRANSFORM SR LLC, by and through its employees, servants, agents and/or representatives acting within the course and scope of their employment, was negligent and/or breached its duty of care to the Plaintiff by committing the following acts and/or omissions, including but not limited to:

a. Failing to maintain the subject premises in a reasonably safe condition;

b. Failing to adequately mark, and/or identify dangerous or hazardous conditions, which it knew or should have known existed in the exercise of reasonable care;

c. Failing to repair and/or remedy a dangerous condition;

d. Failing to remedy a dangerous condition, which was known by the Defendant and/or should have been known by the exercise of reasonable care;

e. Failing to warn of the hazardous condition;

f. Additional acts or omissions constituting a breach of the duty to use reasonable care and acts of negligence which will be revealed through discovery.

13. Defendant knew, or should have known, that there was a dangerous condition on or about the premises both because it had existed for a sufficient length of time and/or was created by the Defendant and/or its agents.

14. Defendant knew, or, in the exercise of reasonable care should have known, of the condition, or Defendant created the condition either through the acts of its employees, in its negligent maintenance and/or operation, and Defendant should have corrected the condition or warned Plaintiff of its existence.

15. As a direct, proximate and reasonably foreseeable result of the negligence of the Defendant, TRANSFORM SR LLC, Plaintiff, TAIRA JAQUELINE RODRIGUEZ GOMEZ, suffered bodily injury and resulting pain and suffering, disability, inconvenience, scarring and

disfigurement, mental anguish, loss of capacity for the enjoyment of life, lost wages, the loss of future earning capacity. Said losses are permanent and continuing and the Plaintiff will suffer from said losses in the future. Also, Plaintiff incurred and will continue to incur medical, rehabilitation and/or related expenses.

**WHEREFORE**, Plaintiff, TAIRA JAQUELINE RODRIGUEZ GOMEZ, by and through her undersigned counsel, prays for a judgment for damages against Defendant and any other and further relief as this Court deems just and proper.

**DEMAND FOR JURY TRIAL**

The Plaintiff hereby demands a trial by jury on all counts so triable as a matter of right together with all interrelated issues.

        Pacin Levine, P.A.
        *Attorneys for Plaintiff*
        1150 NW 72nd Avenue, Suite 600
        Miami, FL 33126
        (305) 760-9085- Telephone
        (786) 800-3611- Facsimile

By: *Signed electronically to avoid delay*
     Natalie A. Martinez, Esq.
     Florida Bar No. 1003311
     Pleadings Email: bipleadings@pl-law.com